# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| PHYLLIS E. NORRIS, *Administratrix of the Estate of Chester Cecil Norris*, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| EXCEL INDUSTRIES, INC., | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 5:14-cv-29

By: Hon. Michael F. Urbanski
United States District Judge

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition as to defendant Excel Industries, Inc.'s motion for bill of costs, ECF No. 218. The Magistrate Judge filed a report and recommendation on January 27, 2016, recommending that Excel's motion be denied. No objections to the report and recommendation have been filed.

The court has carefully reviewed the magistrate judge's report and finds that it should be adopted in its entirety. As such, it is hereby **ORDERED** that the report and recommendation (ECF No. 232) is **ADOPTED**, and that Excel Industries motion for bill of costs (ECF No. 218) is **DENIED**.

The Clerk is directed to send a certified copy of this Order to counsel of record.

Entered: 3/21/2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge